IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROY ANTHONY TORRES, #2007020226            PLAINTIFF

VERSUS            CIVIL ACTION NO. 1:09-cv-393-HSO-JMR

DAVID ALLISON AND
PEARL RIVER COUNTY JAIL            DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and hereby is, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 12th day of January, 2010.

           *s/ Halil Suleyman Ozerden*
           HALIL SULEYMAN OZERDEN
           UNITED STATES DISTRICT JUDGE

1:09-cv-393-HSO-JMR